FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 MAR -4 PM 3:06

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID EADS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-047 |
| | ) | |
| DR. DAVE CHENEY and STANLEY HOLDREN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant Holdren's motion to dismiss, (doc. no. 31), and **DISMISSES** Defendant Holdren from this civil action. This case shall proceed only against Dr. Cheney as to Plaintiff's medical deliberate indifference claim.

SO ORDERED this _4th_ day of March, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE